UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS GRAYER, SR.,

    Plaintiff,                                        Case No. 1:10-cv-293

v                                                 HON. JANET T. NEFF

PRECISE MORTGAGE GROUP and
ERIC WENDLANDT,

    Defendants.
_____/

## **ORDER**

        The Magistrate Judge issued a Report and Recommendation on April 4, 2011 (Dkt 33), recommending that this Court hold Plaintiff in contempt of Court and enforce the parties' settlement agreement. The Report and Recommendation was duly served on the parties, and no objection was filed. *See* 28 U.S.C. § 636(b)(1). The Court reviewed and discussed with counsel at a May 5, 2011 Status Conference the Magistrate Judge's Report and Recommendation, including any implications to this case arising from the criminal charge to which Defendant Eric Wendlandt pleaded guilty in *United States v. Eric Paul Wendlandt & Pleasz Roy Daniels,* 1:11-cr-5. Being so fully advised,

        **IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 33) is APPROVED and ADOPTED as the Opinion of the Court.

        **IT IS FURTHER ORDERED** that Defendants' Motion to Show Cause Why Plaintiff Should Not Be Held in Contempt of Court (Dkt 30) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff, Curtis Grayer, Sr., shall execute the settlement documents within fourteen (14) days of entry of this Order or face having his claim dismissed and default judgment entered on Defendants' counterclaim in an amount to be determined on affidavit of defendants' counsel, together with an award of costs.

**IT IS FURTHER ORDERED** that the funds the parties' settlement agreement obliges Plaintiff to pay shall be paid into the Court's Registry Fund, and the funds will be held by the Court until further order.

Date: May  5 , 2011
/s/ Janet T. Neff
JANET T. NEFF
United States District Judge